UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JON M. FESSEL, M.D. | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:05 CV 01348 (SRU) |
| v. | : | |
| YALE UNIVERSITY HEALTH SERVICES, ALAN GREENGLASS, PAUL GENECIN, MORESON KAPLAN, FAVI DRASASULA, KATHERINE MATZKIN | : | |
|     Defendants | : | September 19, 2005 |

## MOTION FOR EXTENSION OF TIME

Defendants hereby move, pursuant to Local Civil Rule 7(b) for a 30-day extension of time, up to and including October 25, 2005, to file a response to plaintiff's complaint.  This extension is necessary because defense counsel was just retained and needs additional time to investigate the factual and legal issues raised by the complaint.  Plaintiff's counsel has indicated that she has no objection to the granting of this motion.  This is the first such request for an extension of time.

                                  THE DEFENDANTS, YALE UNIVERSITY
                                  HEALTH SERVICES, ALAN GREENGLASS,
                                  PAUL GENECIN, MORESON KAPLAN, and
                                  KATHERINE MATZKIN

                                  By _____
                                      Patrick M. Noonan
                                      Donahue, Durham & Noonan, P.C.
                                      741 Boston Post Road
                                      Guilford, CT 06437
                                      203-458-9168

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Judith A. Ravel, Esquire
246 Goose Lane, Suite 246
Guilford, CT 06437

_____
Patrick M. Noonan