UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JON M. FESSEL, M.D. | : | CIVIL NO.:  3:05 CV 01348 (SRU) |
| Plaintiff | : | |
| V | : | |
| YALE UNIVERSITY HEALTH SERVICES, ALAN GREENGLASS, PAUL GENECIN, MORESON KAPLAN, FAVI DRASASULA, KATHERINE MATZKIN | : : : : : | |
| Defendants | : | OCTOBER 18, 2005 |

## MOTION TO STRIKE

For the reasons stated in the accompanying memorandum, defendants hereby move, pursuant to Fed. R. Civ. P. 12(f) to strike paragraphs 25, 26, 32, 33, 34 and that portion of paragraph 42 which alleges that the defendants were "grossly negligent" as plaintiff's health care providers.

                                        THE DEFENDANTS
                                        YALE UNIVERSITY HEALTH
                                        SERVICES, ALAN GREENGLASS,
                                        PAUL GENECIN, MORESON KAPLAN,
                                        and KATHERINE MATZKIN,

                                        By _____/s/_____
                                            Patrick M. Noonan
                                            Donahue, Durham & Noonan, P.C.
                                            741 Boston Post Road
                                            Guilford, CT 06437
                                            203-458-9168

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Judith A. Ravel, Esquire
246 Goose Lane, Suite 246
Guilford, CT 06437

> _____/s/_____
> Patrick M. Noonan