UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JON M. FESSEL, M.D. | : | CIVIL NO.:  3:05 CV 01348 (SRU) |
| Plaintiff | : | |
| V | : | |
| YALE UNIVERSITY HEALTH SERVICES, ALAN GREENGLASS, PAUL GENECIN, MORESON KAPLAN, RAVI DURVASULA, KATHERINE MATZKIN | : : : : : | |
| Defendants | : | December 13, 2005 |

## MOTION TO DISMISS

For the reasons stated in the accompanying memorandum, the defendants, Yale University Health Services ("YUHS"), Paul Genecin, M.D., Alan Greenglass, M.D., Moreson Kaplan, M.D., and Katherine Matzkin hereby move, pursuant to Fed. R. Civ. P. 12(b)(1), that the third, fourth, fifth and sixth causes of action in the plaintiff's complaint be dismissed for lack of jurisdiction.  If the Court chooses to exercise its jurisdiction over these claims, the defendants further move that the fifth and sixth causes of action be dismissed for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

                                        THE DEFENDANTS
                                        YALE UNIVERSITY HEALTH
                                        SERVICES, ALAN GREENGLASS,
                                        PAUL GENECIN, MORESON KAPLAN,
                                        and KATHERINE MATZKIN,


By _____
           Patrick M. Noonan (ct00189)
           Donahue, Durham & Noonan, P.C.
           741 Boston Post Road
           Guilford, CT 06437
           203-458-9168

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Judith A. Ravel, Esquire
246 Goose Lane, Suite 246
Guilford, CT 06437

                                                        _____
                                                        Patrick M. Noonan