UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JON M. FESSEL | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:05cv1348 (SRU) |
| YALE UNIV. HEALTH SVC, INC., ET AL. | : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge

\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_ To supervise discovery and resolve discovery disputes

\_\_\_ A ruling on the following motions which are currently pending:

_X_ A settlement conference

\_\_\_ A conference to discuss the following: _____

\_\_\_ Other: _____

SO ORDERED this 20th day of November 2006, at Bridgeport, Connecticut.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge