UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JON M. FESSEL, M.D. | : | CIVIL NO.:  3:05 CV 01348 (SRU) |
| Plaintiff | : | |
| V | : | |
| YALE UNIVERSITY HEALTH SERVICES, ALAN GREENGLASS, PAUL GENECIN, MORESON KAPLAN, RAVI DURVASULA, KATHERINE MATZKIN | : : : : : | |
| Defendants | : | JANUARY 8, 2007 |

## REQUEST FOR SECURITY FOR COSTS

Defendants, Yale University Health Services, Alan Greenglass, Paul Genecin, Moreson Kaplan and Katherine Matzkin, hereby request, pursuant to Local Civil Rule of Procedure 8, that the Court enter an order requiring that the plaintiff post Five Hundred ($500) Dollars as security for costs in this action.

        THE DEFENDANTS
        YALE UNIVERSITY HEALTH
        SERVICES, ALAN GREENGLASS,
        PAUL GENECIN, MORESON KAPLAN,
        and KATHERINE MATZKIN,

By _____/s/_____
        Patrick M. Noonan (ct00189)
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        203-458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Judith A. Ravel, Esquire
Margot Kenefick Burkle, Esquire
246 Goose Lane, Suite 246
Guilford, CT 06437

_____/s/_____
Patrick M. Noonan