UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JON M. FESSEL, M.D. | : | CIVIL NO.:  3:05 CV 01348 (SRU) |
| Plaintiff | : | |
| V | : | |
| YALE UNIVERSITY HEALTH SERVICES, ALAN GREENGLASS, PAUL GENECIN, MORESON KAPLAN, RAVI DURVASULA, KATHERINE MATZKIN | : : : : : | |
| Defendants | : | MARCH 6, 2007 |

## MOTION TO PRECLUDE PLAINTIFF'S EXPERT WITNESS

Defendants hereby move to preclude plaintiff's expert witness, Dr. Stephen Shapiro, from testifying as an expert on economic loss at the trial of this matter.  In support of this motion, defendants note that this action was brought on August 23, 2005.  The initial Rule 26(f) report required that plaintiff's expert's reports be filed no later than September 1, 2006.  Plaintiff thereafter sought extensions of the deadlines on two separate occasions.  The most recent amendment called for disclosure of expert reports from the plaintiff no later than March 1, 2007.  On March 2, 2007, plaintiff's counsel caused to be delivered to defense counsel's office a pleading entitled "Plaintiff's Rule 26(a)(2) Disclosure with Respect to Expert Witnesses."  Rather than actually making disclosure as contemplated by Fed. R. Civ. P. 26(a)(2), plaintiff merely identified that she would be obtaining a written report from Dr. Shapiro with respect to lost earnings.  This is not sufficient to comply with the requirements

of the Rule. Since plaintiff has failed to provide proper disclosure of her expert witness within the requisite time period, the expert should be precluded from testifying at trial.

        THE DEFENDANTS
        YALE UNIVERSITY HEALTH
        SERVICES, ALAN GREENGLASS,
        PAUL GENECIN, MORESON KAPLAN,
        and KATHERINE MATZKIN,

By _____/s/_____
        Patrick M. Noonan (ct00189)
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        203-458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was e-mailed on the above-written date, to:

Judith A. Ravel, Esquire
jar@jravel-law.com and
mt@jravel-law.com

        _____/s/_____
        Patrick M. Noonan