UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

| | |
|---|---|
| JON M. FESSEL, M.D. | CIVIL NO. 3:05-CV-01348-(SRU) |
|     Plaintiff | |
| v. | |
| YALE UNIVERSITY HEALTH SERVICES, ALAN GREENGLASS, PAUL GENECIN, MORESON KAPLAN, RAVI DURVASULA, KATHERINE MATZKIN | MARCH 13, 2007 |

## MOTION TO CONTINUE DEPOSITION OF JON M. FESSEL

Pursuant to Fed. R. Civ. P. Rule 6(b) and U.S. Dist. Ct. (D.Conn.) Local R. Civ. P. Rule 7(b), the plaintiff, Jon M. Fessel, M.D., hereby moves to continue the deposition of the plaintiff by defense counsel until April 12, 2007, or later. The defendants served a Subpoena Duces Tecum on Jon M. Fessel, M.D., demanding that he appear at a deposition on March 16, 2007. Counsel for the plaintiff underwent emergency surgeries on March 9th and 12th, 2007. Due to these surgeries and the time needed for recovery, counsel for Plaintiff is not able to prepare for, or attend this deposition. Pursuant to the Report of Rule 26(f) Panning Meeting, as amended, the defendants have until August 15, 2007 to complete all depositions. Consequently, granting this continuance would still allow the defendants to meet the discovery timetable.

Plaintiff's counsel has inquired of Defendants' Attorney, Patrick Noonan, who

indicated he would agree to this continuance only upon certain conditions, which were

not acceptable to Plaintiff's counsel.

              THE PLAINTIFF
              JON M. FESSEL, M.D.


              /s/ Judith A. Ravel
              Judith A. Ravel
              Federal Bar No. CT 07253
              Judith A. Ravel Attorneys at Law
              246 Goose Lane, Suite 246
              Guilford, CT 06437
              Phone: (203) 458-2300
              Fax: (203) 458-8822
              E-mail: JAR@jravel-law.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**AT BRIDGEPORT**

| | |
|---|---|
| **JON M. FESSEL, M.D.** | **CIVIL NO. 3:05-CV-01348-(SRU)** |
| **Plaintiff** | |
| v. | |
| **YALE UNIVERSITY HEALTH SERVICES,** | |
| **ALAN GREENGLASS, PAUL GENECIN,** | |
| **MORESON KAPLAN, RAVI DURVASULA,** | |
| **KATHERINE MATZKIN** | **MARCH 13, 2007** |

## CERTIFICATION OF SERVICE

      I hereby certify that on March 13, 2006, a copy of the foregoing Motion to Continue Deposition was filed electronically and served by mail to: Patrick M. Noonan, Esq., Donahue, Durham & Noonan, P.C., 741 Boston Post Road, Guilford, CT 06437. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the courts' CM/ECF System.

                                                  /s/ Judith A. Ravel
                                                  Judith A. Ravel
                                                  Federal Bar No. CT 07253
                                                  Judith A. Ravel Attorneys at Law
                                                  246 Goose Lane, Suite 246
                                                  Guilford, CT 06437
                                                  Phone: (203) 458-2300
                                                  Fax: (203) 458-8822
                                                  E-mail: JAR@jravel-law.com

\\2003server\fdrive\General\CLIENT F-J\Fessel\Motion to Continue Depo Fessel 03 13 07.wpd