UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JON M. FESSEL,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY HEALTH SERVICES,<br>ET AL.,<br>    Defendants. | Case No.<br>3:05cv1348 (SRU) |

## CONFERENCE MEMORANDUM

On July 18, 2007, I held a phone conference on the record with, Judith Ravel, representing the plaintiff, and Patrick M. Noonan, representing the defendants. The purpose of the conference was to address pending discovery motions.

Fessel filed a motion to quash and for a protective order **(docs. ## 47, 48)** in response to the defendants' request for Fessel's psychiatric records. Fessel argued that the documents are privileged. I denied Fessel's motions without prejudice because, by claiming damages for mental distress, he has placed his mental condition at issue, and thus, the privilege is waived. If Fessel files a judicial limitation on his claims that renders certain of the records irrelevant, he can renew his motions.

In addition, defendants filed a motion to preclude one of the plaintiff's experts **(doc. # 51)**. I denied that motion as moot. Finally, in response to Fessel's notice of intent to depose out-of-state non-parties in Connecticut, defendants filed a motion for protective order **(doc. #61)**. I

granted that motion upon the parties' consent.

      Dated at Bridgeport, Connecticut, this 19th day of July 2007.

                                  /s/ Stefan R. Underhill
                                    Stefan R. Underhill
                                    United States District Judge