UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JON M. FESSEL | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:05cv1348 (SRU) |
| YALE UNIVERSITY HEALTH SVC, ET AL. | : | |

**Conference Memorandum**

On December 12, 2007, I held a telephone conference off the record with John Williams, representing the plaintiff, and Pat Noonan, representing the defendants, for the purpose of scheduling.

I ordered that:

**Discovery** will be completed by **March 15, 2008**; and
**Dispositive motions** are due by **April 15, 2008**.

Dated at Bridgeport this ___ day of December 2007.

                                                                 /s/ Stefan R. Underhill
                                                                     Stefan R. Underhill
                                                                United States District Judge