UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JON FESSEL

      v.                                3:05CV1348   (SRU)

YALE UNIVERSITY HEALTH SVC,
ALAN GREENGLASS, PAUL GENECIN,
MORESON KAPLAN, RAVI DRASASULA,
and KATHERINE MATSKIN

J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendant Yale University Health Svc's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on September 5, 2008, the motion was granted in open court. On September 22, 2006, defendants Alan Greenglass, Paul Genecin, Moreson Kaplan, Ravi Drasasula and Katherine Matskin were dismissed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant Yale University Health Svc, and the case is closed.

Dated at Bridgeport, Connecticut, this 16th day of September 2008.

                                      ROBERTA D. TABORA, Clerk

                                      By /s/ Barbara Sbalbi
                                            Deputy Clerk

Entered on Docket _____